IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

MARY EMBRY, on Behalf of Herself and on Behalf of All Others Similarly Situated ,

     Plaintiff,

vs.

4745 SECOND AVE., LTD., doing business as Big Earl's Goldmine,

     Defendant.

4:19-cv-00305-JAJ-RAW

ORDER ADOPTING SCHEDULING ORDER AND DISCOVERY PLAN AND SETTING JURY TRIAL AND FINAL PRETRIAL CONFERENCE

The Court has reviewed the parties' proposed scheduling order [18]. The following deadlines are set:

1.     Initial disclosures are due by **January 10, 2020**.

2.     Motion to Add Parties are due by **January 21, 2020.**

3.     Motions to Amend Pleadings are due by **February 21, 2020**.

4.     Plaintiff's Expert Witness disclosures in compliance with Fed. R. Civ. P. 26(a)(2) are due by **March 20, 2020**.

5.     Defendant's Expert Witness disclosures in compliance with Fed. R. Civ. P. 26(a)(2) are due by **May 22, 2020**.

6.     Plaintiff's Rebuttal Witness disclosures in compliance with Fed. R. Civ. P. 26(a)(2) are due by **June 22, 2020**.

7.     Discovery shall be concluded by **August 24, 2020**. Written discovery shall be propounded so that the time for response is not later than this date.

8.     Dispositive motions are due by **September 24, 2020.**

This case is set for jury trial before Chief Judge John A. Jarvey beginning at **9:00 a.m. on Monday, June 21, 2021.** Estimated length of trial is six to ten (6-10) days.

Final pretrial conference is set before **Ross A. Walters, U.S. Magistrate Judge**, at **11:00 AM** on **Thursday, May 20, 2021**. The parties should comply with the requirements for final pretrial conference separately ordered.

IT IS SO ORDERED.

Dated December 27, 2019.

ROSS A. WALTERS
UNITED STATES MAGISTRATE JUDGE