**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION**

| | |
|---|---|
| **MARY EMBRY, on Behalf of Herself and On Behalf of All Others Similarly Situated,** § § § § **Plaintiff,** § § **V.** § § **4745 SECOND AVE. LTD. D/B/A BIG EARL'S GOLDMINE and VAUNETTA WASHINGTON,** § § § § § **Defendants.** § | **CASE NO. 4:19-cv-00305-JAJ-SBJ** |

**NOTICE OF SETTLEMENT AND
<u>MOTION TO CONTINUE STATUS CONFERENCE</u>**

Plaintiffs Mary Embry, Tiffany Caruthers, Shannan Wease, and Hannah Gobeli, ("Plaintiffs") and Defendants 4745 Second Ave. Ltd. And Vaunetta Washington ("Defendants") file this Notice of Settlement, and state as follows:

1. The Parties have agreed to a settlement in principle of this matter which includes Plaintiffs' claims under the Fair Labor Standards Act, subject to a formal settlement agreement and Court approval.

2. The Court has set a Status Conference for January 19, 2021.

3. The Parties seek to dedicate their time to finalizing a settlement agreement. At present, it is not necessary to attend a Status Conference.

4. Once finalized, the Parties anticipate filing a Joint Stipulation of Dismissal. If there is any further information that requires regarding the Parties' settlement, the Parties will cooperate to provide it to the Court.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that the Court enter and order providing:

A. The Status Conference set for January 19, 2021 be continued until further notice by the Court.

Respectfully submitted this 18th day of January, 2021,

                FOR PLAINTIFF:

                */s/ David W. Hodges*
                David W. Hodges
                Fed. ID NO. 20460
                Texas Bar No. 00796765
                dhodges@hftrialfirm.com
                4409 Montrose Blvd., Suite 200
                Houston, TX 77006
                Telephone: (713) 523-0001
                Facsimile: (713) 523-111

                *Attorney-in-Charge for Plaintiff*

                FIEDLER LAW FIRM, P.L.C.
                Paige Fiedler AT0002496
                paige@employmentlawiowa.com
                Madison Fiedler-Carlson AT0013712
                madison@employmentlawiowa.com
                8831 Windsor Parkway
                Johnston, IA 50131
                Telephone: (515) 254-1999
                Fax: (515) 254-9923

                ATTORNEYS FOR PLAINTIFF

/s/ *Brandon Underwood*
Bridget R. Penick
R. Underwood
**FREDRIKSON & BYRON, P.A.**
505 East Grand Avenue, Suite 200
Des Moines, IA 50309
Telephone: (515) 242-8900
Facsimile: (515) 242-8950
Email: bpenick@fredlaw.com
   bunderwood@fredlaw.com

**Attorneys for Defendants**